AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>Maria Cristina Esquivel<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     1:15mj582-RHW<br>)<br>)<br>) |

*FILED — SOUTHERN DISTRICT OF MISSISSIPPI — NOV 25 2015 — BY ARTHUR JOHNSTON, DEPUTY*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 24, 2015__ in the county of __Harrison__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance, to wit, more than 5 kilograms of cocaine hydrochloride. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

                                                                                         *Complainant's signature* — Special Agent

Holly Krantz, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    11/25/2015

                                                                                 *Judge's signature*

City and state:    Gulfport, MS                  Robert H. Walker, U.S. Magistrate Judge
                                                                                    *Printed name and title*

AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF HARRISON

I, Holly Krantz, being first duly sworn, hereby depose and say that:

1. Affiant, Holly Krantz, is a Special Agent (SA) with Department of Homeland Security Homeland Security Investigations (HSI), for approximately seven (7) years and was a graduate of the Federal Law Enforcement Training Facility. SA Krantz also has approximately ten (10) years of experience as a law enforcement officer with the state of Mississippi working with Picayune Police Department Police Department, Gulfport Police Department, and Pearl River Basin Narcotic Task Force. SA Krantz is also a previous graduate of the Southern Regional Public Safety Institute in Long Beach, Mississippi certifying as a state of Mississippi law enforcement officer. SA Krantz is a graduate of The University of Southern Mississippi with a Bachelor of Arts degree majoring in criminal justice. SA Krantz has received training in narcotic investigations and has previously worked numerous narcotic investigations involving the apprehension of drug violators.

2. On November 24, 2015, Mississippi Highway Patrol (MHP) conducted a traffic stop on Interstate 10 eastbound near mile marker 32 on a white Dodge pick-up truck for careless driving. The driver of the vehicle, Maria Cristina ESQUIVEL, stated she was traveling from Houston, Texas to Charlotte, North Carolina. Upon further questioning, ESQUIVEL gave conflicting statements as to her travel and the MHP patrol officer did not see any luggage in the pick-up related to travel. ESQUIVEL gave MHP written consent to search the vehicle. Upon searching the vehicle, MHP located behind the back of the second row seats in the seat cushions nine (9) bundles weighing approximately eleven (11) kilos of cocaine. The substance was field tested and was positive for cocaine. In EQUIVEL'S

possession was a bus ticket for travel from Houston, Texas to Monterrey, Nuevo Leon located in Mexico on November 25, 2015 at 10:00 pm.

3. Based on the aforementioned facts and circumstances, your affiant believes there is probable cause that Maria Cristina ESQUIVEL has violated Section 841(a)(1), Title 21, United States Code, possession with intent to distribute a controlled substance.

_____, Special Agent
Holly Krantz, Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn and subscribed before me the __25TH__ day of November, 2015.

_____
United States Magistrate Judge